FLORENCE ASH, Respondent, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.

Argued June 6, 1940; decided July 24, 1940.

*Frank A. Fritz, Arthur C. Patterson, Winthrop G. Brown* and *Louis W. Dawson* for appellant.

*Herman A. Gray* and *Maxwell Booxbaum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.